In the Matter of the Estate of EDWARD P. PATTEN, Deceased.

LEILA H. VAN DERMORE, Respondent; KITTIE M. ENGLAND, as Administratrix of the Estate of EDWARD P. PATTEN, Deceased, Appellant.

Argued January 3, 1938; decided January 18, 1938.

*Milton B. Knox* for appellant.

*Harry W. Williams* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.